# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, <br> an individual, <br><br> Plaintiff, <br> v. <br><br> JACK IN THE BOX PROPERTIES, LLC, <br> a Delaware Limited Liability Company, <br><br> and <br><br> CAL-TEX RESTAURANTS, INC., <br> a Texas Corporation, <br><br> Defendants. | Case No.:   4:21-cv-4080 |

## NOTICE OF SETTLEMENT

Plaintiff, WAYNE THOMAS, files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. In light of the above Settlement, Plaintiff respectfully requests that the Court cancel the upcoming Initial Conference, currently scheduled for August 10, 2022 at 10:00 A.M., and any related deadlines. Plaintiff anticipates filing a Notice of Voluntary Dismissal within fourteen (14) days.

Dated: July 26, 2022

              Respectfully Submitted,

          By:   */s/ Brian T. Ku*   .
             Brian T. Ku
             Attorney-in-charge
             S.D. TX No. 3424380

Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system, and served a copy via e-mail on the following:

Kevin B. Kevorkian, Esq.
(510) 713-3635
kbk@kevorkianlaw.net

and

Ernest Fielder, Esq.
2777 Allen Parkway, Suite 1000
Houston, TX 77019
(713) 237-3132
efielder@ffllp.com

*Counsel for Cal-Tex Restaurants, Inc. (franchisee)*

            By: */s/ Brian T. Ku*
                Brian T. Ku