United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:21-4080 |
| | § | |
| JACK IN THE BOX PROPERTIES, LLC, *et al* | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 11).  Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated.  Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this _____ day of August 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE